**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-50440 |
| Plaintiff - Appellee, | D.C. No. 2:88-cr-00668-MLR |
| v. | |
| LAMON LEE CHRISTENSEN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted November 17, 2009[**]

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Lamon Lee Christensen appeals from the eight-month sentence imposed

following revocation of the supervised release term he was serving following a

jury-trial conviction for armed bank robbery and use of a firearm during and in

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

AK/Research

relation to a crime of violence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Christensen contends that the district court erred by imposing consecutive three-year and two-year terms of supervised release as part of the sentence on the underlying conviction. As a result, he argues that the district court lacked jurisdiction to revoke his supervised release because his supervision expired upon completion of the initial three-year term, which occurred prior to the conduct resulting in the revocation of supervised release. We decline to reach the merits of this argument because an appeal challenging a revocation proceeding is not the proper avenue through which to attack the validity of the original sentence. *See United States v. Gerace*, 997 F.2d 1293, 1295 (9th Cir. 1993).

**AFFIRMED.**